UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS' LOCAL NO. 40 HEALTH FUND; TRUSTEES OF THE SHEET METAL INDUSTRY APPRENTICE AND TRAINING FUND; TRUSTEES OF THE SHEET METAL WORKERS' LOCAL NO. 40 PENSION FUND; TRUSTEES OF THE SHEET METAL WORKERS' LOCAL NO. 40 SUPPLEMENTAL RETIREMENT FUND | Civil Action No.<br><br>September 25, 2017 |
| PLAINTIFFS,<br>v.<br><br>BEAULIEU COMPANY, LLC<br><br>DEFENDANT. | |

**COMPLAINT**
(FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT;
AND TO COLLECT CONTRIBUTIONS DUE TO PLAINTIFF FUNDS)

1.  Plaintiffs, Trustees of the Sheet Metal Workers' Local No. 40 Health Fund; Trustees of the Sheet Metal Industry Apprentice and Training Fund; Trustees of the Sheet Metal Workers' Local No. 40 Pension Fund; and Trustees of the Sheet Metal Workers' Local No. 40 Supplemental Retirement Fund (hereinafter collectively referred to as the "Funds") are the Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974, (hereinafter "ERISA"), 29 U.S.C. Sections 1002(3) and (37). The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the Sheet Metal Workers'

International Association Local Union No. 40 and Beaulieu Company, LLC (hereinafter "Beaulieu"). The Funds are administered at 100 Old Forge Road, Rocky Hill, CT 06067.

2.    The Sheet Metal Workers' International Association Local Union No. 40 (hereinafter "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3.    Beaulieu is a Connecticut company with an address located at PO Box 5061, Manchester, CT 06045. Beaulieu transacted business as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(1), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(1), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

**JURISDICTION**

4.    This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a). This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce.

2

**COUNT I: DELINQUENT CONTRIBUTIONS UNDER ERISA**

5.  Plaintiffs hereby incorporate by reference Paragraphs 1-4 of the Complaint as fully set forth herein.

6.  Beaulieu entered into a Collective Bargaining Agreement with the Union establishing the terms and conditions of employment for individuals employed by Beaulieu who perform sheet metal work.

7.  The Collective Bargaining Agreement also binds Beaulieu to the provisions of the Agreement and Declarations of Trust that created the Funds ("Trust Agreements").

8.  Pursuant to the Collective Bargaining Agreement, Beaulieu is required to make contributions to the Funds for each hour worked by its covered employees at the rate and in the manner specified in the Collective Bargaining Agreement and Trust Agreements.

9.  Beaulieu employed certain employees covered under the Collective Bargaining Agreement throughout the relevant periods of February 2016 through August 2017.

10. Beaulieu submitted remittance reports demonstrating they employed sheet metal workers covered under the Collective Bargaining Agreement during the period of February 2016 through August 2017. Review of the reports indicate Beaulieu still owes a total *$94,508.50* in contributions for such time period as well as Late Payment Interest.

3

11. Beaulieu has failed to timely pay the above amounts due to the Funds. The total amount remaining due to the Funds at this time is **$94,508.50**.

12. Beaulieu continues to employ individuals performing work covered under the Collective Bargaining Agreement. As such, the amount owed to the Funds may increase during the pendency of the litigation up to and through the date of judgment.

13. Pursuant to 29 U.S.C. § 1132(g)(2), the provisions of the Trust Agreements, and the Collective Bargaining Agreement, Beaulieu is liable to the Plaintiffs for the unpaid contributions; an amount equal to the greater of (a) double interest on the unpaid contributions, or (b) interest plus liquidated damages provided for under the Trust Agreements; and all attorney's fees and court costs incurred by the Funds in the collection process.

**WHEREFORE, Plaintiff Funds pray:**

(A)  That Beaulieu be ordered to pay all unpaid fringe benefit contributions to the Plaintiffs in the total amount of **$94,508.50**.

(B)  That Beaulieu be ordered to submit reports and payment for any additional contributions that become due during the pendency of litigation.

(C)  That Beaulieu be required to pay the greater of double interest or interest plus liquidated damages on the amount due, accrued from the date of the delinquency until the date of payments.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

  (D) That Beaulieu be ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiffs.

  (E) That Plaintiffs have such other and further relief as the Court may deem just and equitable all at the cost of Beaulieu.

           FOR THE PLAINTIFFS,

           /s/ Brendan Hughes
           Brendan L. Hughes Esq. (ct 29675)
           ROBERT M. CHEVERIE
            & ASSOCIATES, P.C.
           333 East River Drive, Suite 101
           East Hartford, CT 06108-4203
           Tele.: (860) 290-9610
           Fax: (860) 290-9611
           E-mail: bhughes@cheverielaw.com

5

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 25th day of September 2017 on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD  21201
**Attn:  Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
**Attn: Assistant Solicitor for Plan
       Benefits Security**

FOR THE PLAINTIFFS,

/s/ Brendan Hughes
Brendan L. Hughes Esq. (ct 29675)
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele.: (860) 290-9610
Fax: (860) 290-9611
E-mail: bhughes@cheverielaw.com